JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN ALVARENGA,<br>Petitioner,<br>v.<br>WARDEN FACILITY ADMINISTRATOR, et al.,<br>Respondents. | Case No. EDCV 26-5038 CV (PVC)<br>**JUDGMENT** |

JS-6

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED without prejudice for lack of subject matter jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 9, 2026

Cynthia Valenzuela

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE